```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
               "USA V RAYMOND F. WEGNER ET AL"
                    DEF 1.1 WEGNER, RAYMOND F.

        Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  05/20/04
             Closed:  NO
  No. of Defendants:  2
     MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  02/27/06
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: William P. Bryson
                      1015 W. 7th Avenue
                      Anchorage, AK 99501
                      907-276-8611
                      FAX 907-258-1516
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial

                      William A. Cohan
                      8910 University Avenue
                      Suite 550
                      San Diego, CA 92122
                      858-550-9095
                      FAX 858-550-9049
                      Serve: NO
                       Type: Retained
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephen Cooper
                      U.S. Attorney's Office
                      101 12th Avenue, Box 2
                      Fairbanks, AK 99701
                      907-456-0245
                      FAX 907-456-0577
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


Counts re: DEF 1.1 WEGNER, RAYMOND F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (F) | Pending |
| 1 - 1 IND | 2 | 26:7201 & 18:2 EVASION OF PAYMENT OF TAX (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
                            "USA V RAYMOND F. WEGNER ET AL"
                                DEF 2.1 WEGNER, JULIE M.

                Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 05/20/04
            Closed: NO
No. of Defendants: 2
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date: 02/27/06
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: William P. Bryson
                    1015 W. 7th Avenue
                    Anchorage, AK 99501
                    907-276-8611
                    FAX 907-258-1516
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial

                    William A. Cohan
                    8910 University Avenue
                    Suite 550
                    San Diego, CA 92122
                    858-550-9095
                    FAX 858-550-9049
                    Serve: NO
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 WEGNER, JULIE M.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (F) | Pending |
| 1 -  1 IND | 2 | 26:7201 & 18:2 EVASION OF PAYMENT OF TAX (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0010--CR (RRB)
                                    "USA V RAYMOND F. WEGNER ET AL"
                                      DEF 2.1 WEGNER, JULIE M.

                    Including terminated defendants, excluding terminated counsel


    1 -    1 IND     3      31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)

    1 -    1 IND     4      31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)

    1 -    1 IND     5      31:5324(a)(3) & 5324(d)(2) STRUCTURING FINANCIAL      Pending
                            TRANSACTIONS (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                                "USA V RAYMOND F. WEGNER ET AL"

                                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
            Filed: 05/20/04
           Closed: NO
No. of Defendants: 2


 Document #   Filed      Docket text

      1 -  1  05/20/04   [Re: DEF 1-2] PLF 1 Indictment.

      2 -  1  05/21/04   [Re: DEF 1-2] JDR Grand Jury Minutes; summons to issue; $25,000 secured
                         bond as to each def; set for arr and notify USM.

   NOTE -  1  05/26/04   Issued: Summons re DEF 1-2.

      3 -  1  05/26/04   [Re: DEF 1] JWM Minute Order re Arr set for 6/11/04 at 11:00 a.m. cc:
                         USA, USM, USPO, def w/USM cy

      4 -  1  05/26/04   [Re: DEF 2] JWM Minute Order re Arr set for 6/11/04 at 11:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy

      5 -  1  05/28/04   Return of Service of Summons executed 5/28/04 by FBI.

      6 -  1  05/28/04   Return of Service of Summons executed 5/28/04 by FBI.

   NOTE -  2  06/03/04   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act deadline forwarded to chambers.

      7 -  1  06/03/04   [Re: DEF 1] JDR Minute Order that ARR previously set for 6/11/04 at 11am
                         before MJ Miller is RESET for 6/10/04 at 3pm before MJ Roberts in FBKS.
                         cc:USA, USPO

      8 -  1  06/03/04   [Re: DEF 2] JDR Minute Order that ARR previously set for 6/11/04 at 11am
                         before MJ Miller is RESET for 6/10/04 at 3pm before MJ Roberts in FBKS.
                         cc:USA, USPO

      9 -  1  06/10/04   USM Return of svc on summons re: DEF 2 executed on 5/26/04.

     10 -  1  06/10/04   USM Return of svc on summons re: DEF 1 executed on  5/26/04.

     11 -  1  06/14/04   DEF 1-2 motion for leave to allow counsel for defendants to appear by
                         telephone at arraignment 06/17/04.

     12 -  1  06/15/04   [Re: DEF 1] Order setting conditions of release; 7500.00 appearance bond
                         to be filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline

     13 -  1  06/15/04   DEF 1 Appearance bond for 7500.00. cc: Cooper, Wegner, FPO, USM, Judge
                         Beistline

     14 -  1  06/15/04   [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] from Arr on Summons
                         held 06/10/04: Hrg continued to 06/17/04 at 2:30 p.m., appearance bond
                         filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline

     15 -  1  06/15/04   [Re: DEF 2] Order setting conditions of release: 7500.00 appearance
                         bond.  cc: Cooper, Wegner, FPO, USM, Judge Beistline

     16 -  1  06/15/04   DEF 2 Appearance bond for 7500.00. cc: Cooper, Wegner, FPO, USM, Judge
                         Beistline
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                                "USA V RAYMOND F. WEGNER ET AL"

                                       For all filing dates

Document #    Filed      Docket text
_____    _____      _____

   17 -  1    06/15/04   [Re: DEF 2] JDR Court Minutes [ECR: Denali Elmore] from Arr on Summons
                         held 06/15/04: Hrg continued to 06/17/04 at 2:30 p.m. Appearance bond of
                         7500.00 filed. cc: Cooper, Wegner, FPO, USM, Judge Beistline

   18 -  1    06/15/04   [Re: DEF 1-2] JDR Order granting motion for leave to allow counsel
                         William Cohan for defendants to appear by telephone on 6/17/04 (11-1).
                         cc: USA, W. Cohan, J. Wegner, R. Wegner

   19 -  1    06/16/04   [Re: DEF 1-2] Clerk's Notice re MJ referral is reassigned to MJ Roberts.
                         cc: USA, USM, USPO, MJ Roberts, Judge Beistline

   20 -  1    06/22/04   [Re: DEF 1-2] JDR Court Minutes [ECR: Carolyn Bollman] from continued
                         arr hedl 06/17/04: Court heard re Waiver of conflict of interest. Matter
                         continued to 06/24/04 at 2:00 p.m. cc: Cooper, Cohan, Wegner, FPO, USM,
                         Judge Beistline

   21 -  1    06/23/04   DEF 1-2 motion for admission pro hac vice of William A. Cohan w/lcl atty
                         W. Bryson w/att declaration & exhs.

   22 -  1    06/23/04   [Re: DEF 1-2] AHB Minute Order re Arr prev set for 6/24/04 at 2:00 is
                         RESET for 1:00 p.m. cc: USA, B. Bryson, USM, USPO

   23 -  1    06/25/04   [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                         hedl 06/24/04: Waiver of conflict of interest signed and filed, motio
                         for admission pro hac vice granted, NG plea entered, TBJ set for
                         06/25/04, PTM's due 07/13/04. cc: Cooper, Bryson, FPO, USM, Judge
                         Beistline

   24 -  1    06/25/04   [Re: DEF 2] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                         held 06/24/04 granting motion for admission pro hac vice of William A.
                         Cohan (21-1), waiver of conflict of interest signed and filed, NG plea
                         entered, TBJ 08/02/04, PTM's due 07/13/04. Conditions of release
                         modified to allow travle to Washington/Oregon. cc: Cooper, Bryson, FPO,
                         USM, Judge Beistline

   25 -  1    06/25/04   DEF 1 Waiver of conflict of interest.

   26 -  1    06/25/04   DEF 2 Waiver of conflict of interest.

   27 -  1    06/25/04   [Re: DEF 1] Amended Order setting conditions of release: OR. cc: Cooper,
                         Bryson, FPO, USM, Judge Beistline

   28 -  1    06/25/04   [Re: DEF 2] Amended Order setting conditions of release: OR. cc: Cooper,
                         Bryson FPO, USM, Judge Beistline

   29 -  1    06/25/04   [Re: DEF 1] AHB Order regarding preparation for trial. PTM's due
                         07/13/04, discovery conf 07/06/04. cc: Cooper, Bryson, FPO, USM, Judge
                         Beistline

   30 -  1    06/25/04   [Re: DEF 2] AHB Order regarding preparation for trial.  PTM's due
                         07/13/04, discovery conf 07/06/04. cc: Cooper, Bryson, USM, FPO, Judge
                         Beistline

   31 -  1    06/29/04   [Re: DEF 1-2] RRB Minute Order setting trial by jury for 8/2/04 at 8:30
                         a.m. in Fairbanks and FPTC for 7/27/04 at 8:30 a.m. in a courtroom to be
                         determined. cc: AUSA, W. Bryson, USM, USPO, MJ Roberts jury clerk
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                                "USA V RAYMOND F. WEGNER ET AL"

                                       For all filing dates


 Document #    Filed      Docket text

   32 -   1   06/29/04    PLF 1; DEF 1-2 Stip to cont the ptm filing ddln.

   32 -   2   06/29/04    PLF 1; DEF 1-2 Stip to vacate trial date.

   32 -   3   06/29/04    PLF 1; DEF 1-2 Stip to designate case complex due to Speedy Trial Act 18
                          USC Section 3161(h)(8).

   33 -   1   06/30/04    [Re: DEF 1] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          held 06/24/04 correct incorrect case number on dkt 23. cc: Cooper,
                          Bryson, FPO, USM, Judge Beistline

   34 -   1   06/30/04    [Re: DEF 2] AHB Court Minutes [ECR: Carolyn Bollman] from continued arr
                          held 06/24/04 to correct case number on dkt 24. cc: Cooper, Bryson, FPO,
                          USM, Judge Beistline

   32 -   4   07/02/04    RRB Order granting Stip to designate case complex due to Speedy Trial
                          Act 18 USC Section (32-3); and setting trial scheduling conference for
                          Friday, 7/16/04 at 11:30 a.m. in Fairbanks, Alaska.  cc: cnsl.

   35 -   1   07/19/04    [Re: DEF 1-2] RRB Court Minutes [ECR: Jennifer Kemp/Carolyn Bollman]from
                          trial rescheduling conference held 07/16/04: Court granted stipulation
                          to cont the ptm filing ddln (32-1); pretrial motions due 09/10/2004;
                          Government's motion for 15 days to response to pretrial motions granted.
                          stipulation to vacate trial date (32-2) of 08/02/2004 granted. Trial
                          date continued to end of May 2005.  Court expects parties to be ready
                          for trial in February 2005.  Tentative trial by jury date in 02/14/2005.
                          cc: Cooper, Bryson, FPO, USM, MJ Roberts

   36 -   1   07/20/04    [Re: DEF 1] JDR Minute Order re govt to file dscvy conf cert/show cause
                          why original ddln was not complied with due 7/30. cc: USA, B. Bryson

   37 -   1   07/20/04    [Re: DEF 2] JDR Minute Order re govt to file dscvy conf cert/show cause
                          why original ddln was not complied with due 7/30. cc: USA, B. Bryson

   38 -   1   07/27/04    [Re: DEF 1-2] PLF 1 Report re: conference of 7-26-04.

   39 -   1   07/30/04    [Re: DEF 1-2] PLF 1 Response to Minute Orders at Dkt. 36 & 37.

   40 -   1   08/31/04    DEF 1-2 motion for oral voir dire and for order that attached jury
                          questionaire be sent to all prospective jurors in this case.

   41 -   1   08/31/04    DEF 1-2 motion to disclose electronic surveillance, eavesdropping or
                          observance w points and authorities.

   42 -   1   08/31/04    DEF 1-2 motion to preserve evidence, including agent' rough notes, w
                          points and authorities.

   43 -   1   08/31/04    DEF 1-2 motion to strike or alternatively, to dismiss count one for
                          failure to state a conspiracy as alleged or alternatively, for a bill of
                          particulars, w points and authorities.

   44 -   1   08/31/04    DEF 1-2 motion for leave to file additional pretrial motions.

   45 -   1   09/09/04    DEF 1-2 motion to strike surplusage with points and authorities.

   46 -   1   09/09/04    [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to disclose electronic
                          surveillance, eavesdropping or observance w points and authorities

ACRS: R_RDSDX                      As of 12/01/05 at 2:56 PM by GARRY                      Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                          "USA V RAYMOND F. WEGNER ET AL"
```

|                             |
| --------------------------- |
| For all filing dates        |

| Document # | Filed | Docket text |
| --- | --- | --- |
| | | (41-1). |
| 47 - 1 | 09/10/04 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to preserve evidence, including agent' rough notes, w points and authorities (42-1). |
| 48 - 1 | 09/13/04 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion for oral voir dire and for order that attached jury questionaire be sent to all prospective jurors in this case (40-1). |
| 49 - 1 | 09/13/04 | [Re: DEF 1-2] PLF 1 opposition (reply) to DEF 1-2 motion for leave to file additional pretrial motions (44-1). |
| 50 - 1 | 09/13/04 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to strike or alternatively, to dismiss count one for failure to state a conspiracy as alleged or alternatively, for a bill of particulars, w points and authorities. (43-1). |
| 51 - 1 | 09/15/04 | [Re: DEF 1-2] PLF 1 Transcript of Proceedings (trial rescheduling conference of 7-16-04). |
| 52 - 1 | 09/20/04 | [Re: DEF 1-2] JDR Order denying motion to disclose electronic surveillance, eavesdropping or observance (41-1). cc: USA, W. Bryson |
| 53 - 1 | 09/20/04 | [Re: DEF 1-2] JDR Order granting/denying as directed motion to preserve evidence, including agent' rough notes, w points (42-1). cc: USA, W. Bryson |
| 54 - 1 | 09/20/04 | [Re: DEF 1-2] JDR Order granting/denying as directed motion for bill of particulars (43-1). cc: USA, B. Bryson |
| 55 - 1 | 09/20/04 | Initial R&R re: DEF 1-2 motion to strike or alternatively, to dismiss count one for failure to state a conspiracy as alleged (43-1); Recommended be denied; Objections due NOON 10/04/04. Reply due NOON 10/12/04. cc: USA, B. Bryson, Judge Beistline |
| 56 - 1 | 09/27/04 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to strike surplusage (45-1). |
| 57 - 1 | 09/29/04 | [Re: DEF 1-2] PLF 1 Response to Order to identify dollar amount in Overt Act #4. |
| 58 - 1 | 09/30/04 | [Re: DEF 1-2] RRB Minute Order denying motion for oral voir dire and for order that attached jury questionaire be (40-1). cc: ASUA, W. Bryson |
| 59 - 1 | 10/01/04 | [Re: DEF 1-2] PLF 1 Response to Order to provide exculpatory information on participants in conspiracy. |
| 60 - 1 | 10/12/04 | DEF 1-2 motion to modify conditions of release. |
| 61 - 1 | 10/15/04 | [Re: DEF 1-2] RRB Minute Order denying motion to strike or alternatively, to dismiss count one for failure to state (43-1). cc: AUSA, W. Bryson, MJ Roberts |
| 62 - 1 | 10/25/04 | [Re: DEF 1-2] JDR Order granting motion to modify conditions of release (60-1); defs may travel to Oregon 11/13/04 thru 11/21/04. cc: USA, W. Bryson, USM, USPO |
| 63 - 1 | 10/25/04 | [Re: DEF 1-2] RRB Order denying mot to strike surplusage w/points & authorities (45-1). cc: USA, W. Bryson |

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
                                     "USA V RAYMOND F. WEGNER ET AL"
```

|                           |
| ------------------------- |
| For all filing dates      |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 64 - 1 | 12/15/04 | DEF 1-2 unopposed motion to modify conditions of release. |
| 65 - 1 | 12/16/04 | [Re: DEF 1-2] RRB Minute Order status conference is set for 12/17/04 at 11:00 a.m. in Courtroom #3.  cc: AUSA, W. Bryson, USM, USPO |
| 66 - 1 | 12/17/04 | [Re: DEF 1-2] JDR Order granting unopposed motion to modify conditions of release (64-1). cc: USA, W. Brsyon, USM, USPO |
| 67 - 1 | 12/17/04 | [Re: DEF 1-2] RRB Court Minutes [ECR: Robin Carter] Status hearing held 12/17/04.  Def cnsls oral mot to continue trial granted.  Tentative TBJ set for 2/14/05 is vacated.  TBJ is now set 5/16/05 at 8:30 a.m. in Fairbanks, estimated length 3 weeks.  FPTC is set for 5/9/05 at 9:00 in Anchorage.  Court found excludable delay under section 3161(h)(8)(A)(B). Def cnsl to file a signed acknowledgment by both defs by next week re: their right to speedy trial and that they agree to continue trial.  cc: AUSA, W Bryson, USM, USPO, MJ Roberts, JC |
| 68 - 1 | 12/23/04 | DEF 1-2 Response to Order: Waiver of speedy trial until new trial date. |
| 69 - 1 | 04/11/05 | [Re: DEF 1-2] JDR Minute Order reassigning MJ referral to MJ Terrance Hall.  cc: USA; USPO; USM; W. Bryson; W. Cohan; Judge Beistline; MJ Roberts; MJ Hall. |
| 70 - 1 | 05/02/05 | DEF 1-2 Emergency unopposed motion to continue trial from 05/16/05 to 07/18/05 to call material witness. |
| 71 - 1 | 05/03/05 | DEF 1-2 (Proposed) Jury Instructions [annotated]. |
| 72 - 1 | 05/03/05 | [Re: DEF 1-2] RRB Minute Order a hearing on defs mot to continue trial (dkt 70 is set for 5/5/05 at 10:00 a.m. in courtroom #2, in Anchorage, Ak.  cc: S. Cooper, W. Bryson, USM, USPO |
| 73 - 1 | 05/06/05 | [Re: DEF 1-2] RRB Court Minutes [ECR: Caroline Edmiston] re Hearing on Defendant's Unopposed Motion to Continue Trial (DKT 70) (held 05/05/05); Granted; Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(A)(B); FPTC set 05/09/05 at 9:00 a.m. in Anchorage, AK Vacated; TBJ set 05/16/05 at 8:30 a.m. in Fairbanks, AK Vacated; FPTC set 06/30/05 at 9:00 a.m. in Anchorage, AK; TBJ set 07/05/05 at 8:30 a.m. in Fairbanks, AK; Def's oral mot to allow the Def's to stop in Portland, Oregon Granted and court directed parties to notify the PO re travel plans; Def's conditions of release remain as prev set. Court granted emergency motion to continue trial (70-1).   cc: USA, W. Cohan, W. Bryson, USM, USPO, JC. |
| 74 - 1 | 06/01/05 | [Re: DEF 1-2] RRB Minute Order that stat conf set 6/7/05 @ 1:30 p.m.; parties needing to attend telephonically to contact CMC to make arrangements.  cc USA, Wm. Bryson, USM, PO |
| 75 - 1 | 06/09/05 | [Re: DEF 1-2] RRB Minute Order FPTC and TBJ are vacated.  The FPTC is reset for 9/13/05 at 1:30 p.m. in Anchorage, and the TBJ is reset for 9/19/05 at 8:30 a.m. in Fairbanks.  cc: AUSA, W. Bryson, USM, USP, MJ Hall |
| 76 - 1 | 06/13/05 | DEF 1-2 Notice of Defendants' Waiver of Speedy Trial Rights for Time Period until New Trial Date. |
| 77 - 1 | 06/14/05 | [Re: DEF 1-2] RRB Order granting joint motion to continue trial. Court finds excludable delay under 18:3161 (h)(a)(A)(B), (h)(8)(B)(ii) and |

Case 4:04-cr-00010-RRB   Document 85   Filed 05/20/2004   Page 9 of 9
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0010--CR (RRB)
"USA V RAYMOND F. WEGNER ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | (h)(8)(B(iv). The FPTC is set for 1:30 p.m. 9/13/05 and TBJ is set for at 8:30 a.m. 9/19/05 in Fairbanks, AK.  Defs' conditions of release remain as previously set.  All trial subpoenas previously served on witnesses are continued in accordance with this order.   cc: AUSA, W. Bryson, USM, USPO, MJ Hall, JC |
| 78 - 1 | 06/22/05 | [Re: DEF 1-2] TWH Minute Order terminating in light of this order: Motion for leave to file additional pretrial motions. (44-1)  cc: Cooper, Bryson, FPO, USM, Judge Beistline |
| 79 - 1 | 08/17/05 | DEF 1-2 (notice of filing faxed motion on behalf of defendants on shortened time) Unopposed motion for leave to travel out of state. |
| 80 - 1 | 08/18/05 | [Re: DEF 1-2] RRB Order granting motion (notice of filing faxed motion on behalf) Unopposed motion for leave to travel out of State to permit travel from Alasak to Las Vegas, Nevada  8/20/05 - 8/25/05 (79-1).  cc: AUSA, W. Cohan, USM, UPSO |
| 81 - 1 | 09/12/05 | [Re: DEF 1-2] RRB Order vacating FPTC and TBJ and setting a Status hearing/Trial Setting Conference for 10/19/05 at 9:00 a.m.  cc:  Cooper, Bryson/Cohen, FPO, USM, MJ Hall |
| 82 - 1 | 10/19/05 | DEF 1-2 Unopposed motion for leave to travel out of state. |
| 83 - 1 | 10/19/05 | RRB Order granting Unopposed motion for leave to travel out of state (82-1). |
| 84 - 1 | 10/19/05 | [Re: DEF 1-2] RRB Court Minutes [ECR: Jennifer Roberts] Status Hearing/Trial Setting Conference held on 10-19-05. FPTC scheduled for 2-16-06 at 9:00 a.m.  Trial continued to 2-27-06 in Fairbanks at 8:30 a.m.  Court grants unopposed motion at Dkt. 82 for defendants to travel out of state. cc: USA; USM; USPO; W. Bryson; Judge Beistline. |
| 85 - 1 | 11/30/05 | DEF 2 Unopposed motion for leave to travel out of state. |