**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DEC  8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

USA   v.   WEGNER

DATE:   December 8, 2005      CASE NO.   F04-0010 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

A status hearing will be held in this matter on **Thursday, December 22, 2005, at 9:30 a.m.**, in Fairbanks, Alaska.

F04-0010--CR (RRB)
------------------------------------------
/ W. BRYSON
/ W. BRYSON
/ S. COOPER (USA)
/ US MARSHAL
/ US PROBATION


