```
                                                        FILED
                                                      DEC 2 2 2005
    MINUTES OF THE UNITED STATES DISTRICT COURT  UNITED STATES DISTRICT COURT
                    DISTRICT OF ALASKA                DISTRICT OF ALASKA
                                                              _____Deputy
```

U.S.A. vs.  RAYMOND F WEGNER (D-1)   CASE NO. F04-0010 CR(RRB)
            JULIE M WEGNER (D-1)

BEFORE THE HONORABLE: RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER (TELEPHONIC)

DEFENDANT'S ATTORNEY: WILLIAM COHAN (TELEPHONIC)

PROCEEDINGS: STATUS CONFERENCE HELD 12/22/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:46 a.m. court convened.

Defendants not present.

Court and counsel heard re status of trial. Final pretrial conference still set for Feb 16, 2006 and trial to begin Feb 27, 2006 in Fairbanks. Counsel anticipates trial to last no longer than 2 weeks.

At 9:48 a.m. OFF RECORD


DATE:  12/22/2005              DEPUTY CLERK'S INITIALS:  tg

F04-0010--CR (RRB)              US MARSHAL
_____         US PROBATION
W. BRYSON                       JUDGE BEISTLINE  12-22-05
W. BRYSON                                          TG
S. COOPER (USA)

