IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F04-0010 CR (RRB) |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND F. WEGNER and | ) | |
| JULIE M. WEGNER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon Defendant Raymond F. Wegner's Unopposed Motion for Leave to Travel Out of State to permit him to travel outside the borders of the District of Alaska to Porland, Oregon, between April 22 through April 28, 2006, the Court finds and orders that Defendant's motion is granted.

IT IS SO ORDERED

DATED: _____, 2006.   _____
                                    UNITED STATES DISTRICT COURT JUDGE