# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  USA   v.  RAYMOND WEGNER and JULIE WEGNER

DATE:   April 7, 2006   CASE NO.   4:04-CR-0010-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **RESCHEDULING HEARING**

---

The hearing that was scheduled in the above matter for June 9, 2006, is **rescheduled** and will be held on **Friday, October 6, 2006, at 9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. RESCHEDULING HEARING