WILLIAM A. COHAN, ESQ.
WILLIAM A. COHAN, P.C.
California Bar No. 141804
Colorado Bar No. 7426
8910 University Center Lane
Suite 550
San Diego, California 92122
(858) 550-9095
(858) 550-9049 (FAX)

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F04-0010 CR (RRB) |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS' UNOPPOSED** |
| | ) | **MOTION FOR LEAVE TO TRAVEL** |
| vs. | ) | **OUT OF STATE** |
| | ) | |
| RAYMOND F. WEGNER and | ) | |
| JULIE M. WEGNER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants Raymond F. Wegner and Julie M. Wegner, by and through their counsel undersigned, respectfully move this Court for an order modifying the conditions of their release. AS GROUNDS THEREFOR, Defendants state:

1.  Defendants are currently out on bail.

2.  As a condition of their release, defendants may not travel beyond the borders of the District of Alaska.

3.  Defendants are in full compliance with all pre-trial conditions and United States Probation Officer Toni Ostanik does not oppose Defendants' request to travel outside of the

District of Alaska to Michigan, between November 15 through November 20, 2006 to attend Mr. Wegner's son's wedding in Michigan.

4.	The government does not oppose the instant motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order modifying the conditions of their release by authorizing them to travel outside the District of Alaska to Michigan, between November 15 through November 20, 2006.

RESPECTFULLY SUBMITTED, this 12th day of October, 2006.

WILLIAM A. COHAN, P.C.


By: /s/
	William A. Cohan
8910 University Center Lane, Suite 550
San Diego, CA 92122-1026
(858) 550-9095
(858) 550-9049 (FAX)

Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of October, 2006, I served a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO TRAVEL OUT OF STATE**, upon the following via the CM/ECF system as follows:

TIMOTHY M. BURGESS
United States Attorney
STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Box 2, Room 310
Fairbanks, Alaska 99701

Toni Ostanik, USPO
United States Probation Office
101 - 12th Avenue, Room 322
Fairbanks, Alaska 99701

Courtesy Copy:

HON. RALPH R. BEISTLINE
United States Federal Building
222 West 7th Avenue
Anchorage, Alaska 99513

/s/ _____
Alicia Cisneroz