IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F04-0010 CR (RRB) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RAYMOND F. WEGNER and | ) | |
| JULIE M. WEGNER, | ) | |
| | ) | |
| Defendants. | ) | |

    Based upon Defendants Raymond F. Wegner and Julie M. Wegner's Unopposed Motion for Leave to Travel Out of State to permit them to travel outside the borders of the District of Alaska to Michigan, between November 15 through November 20, 2006, the Court finds and orders that Defendants' motion is granted.

    IT IS SO ORDERED

DATED: October 12, 2006.       S/RALPH R BEISTLINE
                                                       UNITED STATES DISTRICT COURT JUDGE