MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __Raymond F. Wegner__   CASE NO. __4:04-cr-0010-01-RRB__
Defendant: _X_ Present   ___ In Custody   ___ On Bond

BEFORE THE HONORABLE: __Ralph R Beistline__

DEPUTY CLERK/RECORDER: __Tina J Grothause__

UNITED STATES ATTORNEY: __Stephen Cooper__

DEFENDANTS ATTORNEY: __William Cohan__

U.S.P.O.: __Marci Lundgren__

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: December 8,2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:08 a.m. court convened.

_X_ Court accepted presentence report.

_X_ Defendant placed on probation for a period of _5_ years under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Special Assessment $ __100__, due __immediately__

_X_ Restitution $ __141,488.72, or in an amount to be determained by the IRS. Restitution to be paid to the IRS__

_X_ OTHER: __4 months in a half way house with special conditions, 5 months home detention with special conditions, both at the direction of the probation officer.__

At 9:40 a.m. court adjourned.


DATE: __12/11/2006__   DEPUTY CLERK'S INITIALS: __tjg__