

**Alaska TRUCK & GEAR**
*For all your truck & gear needs*
2143 Van Horn Road, Fairbanks, AK 99701
907-479-8020
www.alaskatruckandgear.com

DEC 11 2006

To Whom It May Concern:

Ray Wegner's job with Alaska Truck and Gear has varied throughout his tenure with our company. His main focus is outside sales. Ray is required to travel to various businesses throughout Alaska to establish sales and maintenance contracts for Alaska Truck and Gear.

Mr. Wegner drives a company vehicle, a 2006 GMC pickup, to make deliveries and to conduct sales calls. He has never had a set schedule for visits, as he travels on an "as needed" basis. His sales calls include travel from Fairbanks, to Valdez, Prudhoe Bay, Nenana, Healy, Delta Junction, Denali Park, Cantwell, and Anchorage. He also has regular visits to both Pogo and Fort Knox mines. The position includes working in the office performing Internet research, purchasing equipment from businesses in the lower 48, and finalizing contracts and purchases for various equipment. Many of his outside sales calls involve obtaining specifications and precise measurements needed to order in necessary heavy duty items such as tire chains for very large mine equipment.

To limit Ray's ability to travel would force us to seek a new, less experienced outside sales person since this is what brings in the majority of our business. He not only spec's out heavy duty parts, but truck sales and service as well. He is our only sales person and had created a strong relationship with our customers. Ray's typical day starts at 7:00 am and he works anywhere from 8 to 11 hours a day. Depending on our customer needs, he also may work on an occasional Saturday. He is paid on a salary basis.

If you have any questions or need additional information, please contact me at the number above, or on my cell number at 378-9808.

Sincerely,

Glenn Goetz, President
Alaska Truck and Gear