**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u> RAYMOND WEGNER </u>

DATE:   <u> December 28, 2006 </u>   CASE NO.   <u> 4:04-CR-0010-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION TO MODIFY CONDITIONS OF SENTENCE**

---

      Defendant Raymond Wegner's unopposed Motion to Modify Conditions of Sentence at Docket 122 is hereby **GRANTED**.